MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

                 UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00751-LHK |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CHANGING STATUS HEARING FROM JUNE 8, 2011, AT 10:00 A.M TO JUNE 22, 2011 AT 10:00 A.M. AND EXCLUDING TIME FROM JUNE 8, 2011 TO JUNE 22, 2011 |
| v. | |
| TOMAS CHAVEZ DIAZ, | |
|     Defendants. | |

    This matter is currently set for a status hearing on June 8, 2011, at 10:00 a.m. The parties request that the status hearing be rescheduled to June 22, 2011, at 10:00 a.m. because counsel for the defense has a schedule conflict, and that time be excluded under the Speedy Trial Act

////

////

////

*US v.Perez, et al.*, CR 10-00751-LHK
Stipulation and [~~Proposed~~] Order re Status Hearing

from June 8, 2011 to June 22, 2011, to permit the parties the reasonable time necessary for effective preparation.

DATED: June 7, 2011

MELINDA HAAG
United States Attorney

_____/s/_____
Thomas A. Colthurst
Assistant United States Attorney

_____/s/_____
James Phillip Vaughns, Esq.
Counsel for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from June 8, 2011, at 10:00 a.m. to June 22, 2011 at 10:00 a.m.

For good cause shown, the Court further finds that failing to exclude the time between June 8, 2011 and June 22, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 8, 2011 and June 22, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between June 8, 2011 and June 22, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 6/7/11

_____Lucy H Koh_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Basis for finding is continuity of defense counsel.

US v. Perez, et al., CR 10-00751-LHK
Stipulation and [Proposed] Order re Status Hearing