UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TOMAS CHAVEZ DIAZ,

    Defendants.
_____/

No. CR 10-00751-LHK

**ORDER SEEKING FURTHER CLARIFICATION**

    Mr. Hernandez-M's Clarification does not clarify whether he is requesting the report, notes, and test results for Defendant's doctor's appointment a year ago, on February 26, 2012, or from his next doctor's appointment which will take place on February 27, 2013. Did Paragraph 15 of Mr. Hernandez-M.'s Response to Defendant's Letter to Court contain a typographical error when it requested the report, notes and test results for Defendant's February 26, 2012 doctor's appointment?  Mr. Hernandez-M. is requested to file further clarification by February 15, 2013.

**IT IS SO ORDERED**.

Dated:  February 13, 2013

_____
LUCY H. KOH
United States District Judge